UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20008-MC-GRAHAM/O'SULLIVAN

COSMOS TRADING CORPORATION
OF PANAMA,

    Plaintiff,

v.

BANCO NACIONAL DE CUBA,

    Defendant.
_____/

## **ORDER**

THIS MATTER came before the Court on movants Bunge Global Markets, Inc., Jeremy Cheon and Christoph Bigler's Motion to Quash Subpoenas (DE# 1, 1/4/07).  Having reviewed the applicable filings and law, it is hereby

ORDERED AND ADJUDGED that Cosmos Trading Corporation of Panama shall file a response to the Motion to Quash Subpoenas on or before **January 22, 2007**. It is further

ORDERED AND ADJUDGED that if counsel is not admitted to practice in the Southern District of Florida, counsel must comply with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys which requires a local counsel. It is further

ORDERED AND ADJUDGED that pursuant to Local Rule 7.1.A.3, counsel for the movants must confer with opposing counsel in a good faith effort to resolve by agreement the issues raised in the Motion to Quash Subpoenas. Local Rule 7.1.A.3 further requires that the movants file:

> a statement certifying either: (a) that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a

good faith effort to resolve the issues raised in the motion and has been unable to do so; or (b) that counsel for the movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion, which efforts shall be identified with specificity in the statement, but has been unable to do so. If certain of the issues have been resolved by agreement, the statement shall specify the issues so resolved and the issues remaining unresolved.

S.D. Fla. L.R. 7.1.A.3 (2006). Failure to comply with this rule may be cause for the Court to grant or deny a motion or impose sanctions. Id.

DONE AND ORDERED, in Chambers at Miami, Florida this 9th day of January, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

United States District Judge Graham
All counsel of record

Copies mailed by Chambers to:

Iliaura Hands, Esq.
Machale Miller, Esq.
I. Matthew Williamson, Esq.
MILLER & WILLIAMSON
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Derek A. Walker, Esq.
Scott A. Soule, Esq.
Lance M. Sannino, Esq.
CHAFFE MCCALL, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163